AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Thaer Mustafa<br>*Defendant(s)* | ) | Case No. 1:25mj2045 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 2/26/2025 in the county of Cuyahoga in the Northern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Adam W. Anderson, Task Force Officer, DEA

*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: February 27, 2025

City and state: Cleveland, Ohio

James E. Grimes Jr., United States Magistrate Judge

*Printed name and title*