FILED

MAR 18 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:25CR00110 |
| THAER MUSTAFA, | ) | Title 21, United States Code, |
| ELYSSIA SANABRIA, | ) | Sections 841(a)(1), (b)(1)(C), |
| Defendants. | ) | and 846 |

**JUDGE POLSTER**

COUNT 1
(Conspiracy to Distribute Controlled Substances, 21 U.S.C. § 846)

The Grand Jury charges:

1. From at least in or around February 2023 to on or about February 26, 2025, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, Defendants THAER MUSTAFA and ELYSSIA SANABRIA, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree with each other to distribute mixtures and substances containing cocaine, a Schedule II controlled substance, and JWH-018, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Possession with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about February 26, 2025, in the Northern District of Ohio, Eastern Division, Defendants THAER MUSTAFA and ELYSSIA SANABRIA did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Possession with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about February 26, 2025, in the Northern District of Ohio, Eastern Division, Defendants THAER MUSTAFA and ELYSSIA SANABRIA did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of JWH-018, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendants THAER MUSTAFA and ELYSSIA SANABRIA shall forfeit to the United States any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of such violations; and any and all property used or

intended to be used in any manner or part to commit or to facilitate the commission of such violations; including, but not limited to, the following:

    A.      $214,147.00 in U.S. Currency seized on February 26, 2025; and

    B.      $90,209.00 in U.S. Currency seized on February 26, 2025.

                                            A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.